```
                      UNITED STATES DISTRICT COURT
                         DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| INTERNATIONAL UNION OF PAINTERS & ALLIED TRADES DISTRICT COUNCIL 711 HEALTH & WELFARE, VACATION, & FINISHING TRADES INSTITUTE FUNDS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CASTLE PAINTING, INC., <br><br> Defendant. | CIVIL ACTION NO. 11-3640 (MLC) <br><br> **O P I N I O N** |

**THE CLERK OF THE COURT** entered default against the defendant pursuant to Federal Rule of Civil Procedure ("Rule") 55(a). (See unnumbered dk. entry following dkt. entry no. 5.) The plaintiff moves under Rule 55(b) for entry of judgment by default against the defendant. (Dkt. entry no. 6.) The motion is unopposed, even though the return date was three weeks ago. (Id.) The motion will be granted. For good cause appearing, the Court will issue an appropriate order and judgment.

                                      s/ Mary L. Cooper
                                    **MARY L. COOPER**
                                    United States District Judge

Dated:  December 28, 2011